March 13, 1967.

· No. ——.  Lee, Corrections Commissioner, et al. v. Washington et al.  D. C. M. D. Ala.. Application for a stay presented to Mr. Justice Black, and by him referred to the Court, granted pending final disposition of the appeal by this Court, provided the jurisdictional statement is filed and case docketed in this Court within 20 days from this date. *MacDonald Gallion,* Attorney General of Alabama, *Gordon Madison,* Assistant Attorney General, and *Nicholas S. Hare,* Special Assistant Attorney General, for applicants. *Charles Morgan* and *Orzell Billingsley, Jr.,* in opposition.

No. 343.  Prima Paint Corp. v. Flood & Conklin Mfg. Co.  C. A. 2d Cir.  (Certiorari granted, 385 U. S. 897.)  Motion of American Arbitration Association for leave to file a brief, as *amicus curiae,* granted. *Whitney North Seymour, Sol N. Corbin, Osmond K. Fraenkel, William J. Isaacson* and *H. H. Nordlinger* on the motion.

No. 391.  State Farm Fire & Casualty Co. et al. v. Tashire et al.  C. A. 9th Cir.  (*Ante,* p. 903.)  Motion of petitioner Greyhound Lines, Inc., for leave to file a response to the *amici curiae* brief, after argument, granted. *John Gordon Gearin* and *J. D. Burdick* on the motion.

No. 395.  Loving et ux. v. Virginia.  Appeal from Sup. Ct. App. Va.  (Probable jurisdiction noted, 385 U. S. 986.)  Motion of Japanese American Citizens League for leave to participate in oral argument, as *amicus curiae,* granted and fifteen minutes are allotted for that purpose. Appellee is allotted an additional fifteen minutes for oral argument. *William M. Marutani* on the motion.